**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 17-17805 |
| | § | |
| TANYA T BROWN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $118,953.00 | Assets Exempt: | $13,327.93 |
| Total Distributions to Claimants: | $1,259.75 | Claims Discharged Without Payment: | $67,910.38 |
| Total Expenses of Administration: | $459.70 | | |

3) Total gross receipts of $3,821.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $2,101.55 (see **Exhibit 2**), yielded net receipts of $1,719.45 from the liquidation of the property of the estate, which was distributed as follows:

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $110,761.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $459.70 | $459.70 | $459.70 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $68,231.36 | $49,643.13 | $49,643.13 | $1,259.75 |
| **Total Disbursements** | $178,992.36 | $50,102.83 | $50,102.83 | $1,719.45 |

4). This case was originally filed under chapter 7 on 06/12/2017. The case was pending for 17 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/19/2018               By:   /s/ David P. Leibowitz
                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2017 Federal Income Tax Refund | 1224-000 | $3,821.00 |
| **TOTAL GROSS RECEIPTS** | | $3,821.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| TANYA BROWN | Funds to Third Parties | 8500-002 | $2,101.55 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $2,101.55 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Home Mortgages | 4110-000 | $86,500.00 | $0.00 | $0.00 | $0.00 |
| | Santander Consumer USA | 4210-000 | $24,261.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $110,761.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $429.86 | $429.86 | $429.86 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $22.17 | $22.17 | $22.17 |
| Green Bank | 2600-000 | NA | $7.67 | $7.67 | $7.67 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $459.70 | $459.70 | $459.70 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | U.S. Department of Education | 7100-000 | $43,595.00 | $44,067.74 | $44,067.74 | $1,118.26 |
| 2 | AmeriCash Loans, L.L.C. | 7100-000 | $1,400.00 | $1,537.66 | $1,537.66 | $39.02 |
| 3 | Stoneberry | 7100-000 | $178.48 | $235.52 | $235.52 | $5.98 |
| 4 | Montgomery Ward | 7100-000 | $285.68 | $330.80 | $330.80 | $8.39 |
| 5 | Massey's | 7100-000 | $156.20 | $182.03 | $182.03 | $0.00 |
|   | Clerk, US Bankruptcy Court (Claim No. 5; Massey's) | 7100-001 | $0.00 | $0.00 | $0.00 | $4.62 |
| 6 | Portfolio Recovery Associates, LLC | 7100-900 | $680.00 | $680.03 | $680.03 | $17.26 |
| 7 | Portfolio Recovery Associates, LLC | 7100-900 | $606.00 | $605.99 | $605.99 | $15.38 |
| 8 | Midland Funding, LLC | 7100-900 | $623.00 | $823.04 | $823.04 | $20.89 |
| 9 | Midland Funding, LLC | 7100-900 | $1,180.00 | $1,180.32 | $1,180.32 | $29.95 |
|   | Ally Financial | 7100-000 | $16,955.00 | $0.00 | $0.00 | $0.00 |
|   | Citgo | 7100-000 | $800.00 | $0.00 | $0.00 | $0.00 |
|   | Gwinnett County Fire & Emergency Svcs | 7100-000 | $1,305.00 | $0.00 | $0.00 | $0.00 |
|   | Homevisions | 7100-000 | $330.00 | $0.00 | $0.00 | $0.00 |
|   | Jefferson Capital | 7100-000 | $137.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $68,231.36 | $49,643.13 | $49,643.13 | $1,259.75 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1

| Case No.: | 17-17805 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | BROWN, TANYA T | | Date Filed (f) or Converted (c): | 06/12/2017 (f) |
| For the Period Ending: | 11/19/2018 | | §341(a) Meeting Date: | 07/13/2017 |
| | | | Claims Bar Date: | 07/20/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 3823 214th Pl., Matteson, IL 60443 | $100,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Mortgage was not scheduled correctly--$100k owed to Chase, plus $14k HUD loan | | | | | |
| 2 | 2017 Chevrolet Equinox | $18,953.00 | $0.00 | | $0.00 | FA |
| 3 | Washer, dryer, stove, refrigerator, dishwasher, microwave, freezer | $4,200.00 | $0.00 | | $0.00 | FA |
| 4 | Three flat-screen TV's, laptop, cell phone, two DVD players, Xbox & games | $2,750.00 | $0.00 | | $0.00 | FA |
| 5 | Two children's mountain bikes | $400.00 | $0.00 | | $0.00 | FA |
| 6 | Adult clothing, shoes, purses, two children's clothing and shoes | $1,750.00 | $0.00 | | $0.00 | FA |
| 7 | Costume jewelry | $300.00 | $0.00 | | $0.00 | FA |
| 8 | Cash | $90.00 | $0.00 | | $0.00 | FA |
| 9 | Guaranty Bank (negative balance) | $0.00 | $0.00 | | $0.00 | FA |
| 10 | First Midwest Bank | $250.00 | $0.00 | | $0.00 | FA |
| 11 | Wells Fargo Retirement Plan (401k) | $3,587.93 | $0.00 | | $0.00 | FA |
| 12 | 2017 Federal Income Tax Refund (u) | $0.00 | $1,719.45 | | $3,821.00 | FA |
| Asset Notes: | Debtor's Pro-Rated Portion: $2,101.55 | | | | | |

**TOTALS (Excluding unknown value)**

| | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $132,280.93 | $1,719.45 | | $3,821.00 | $0.00 |

---

**Major Activities affecting case closing:**

05/24/2018   2018 Reporting Period:

The Trustee intercepted Debtor's 2017 Federal Income Tax Refund, of which the Estate portion is $1,719.45.

The claims bar date is 7/20/18, after which, the case will be ready for TFR.

**Initial Projected Date Of Final Report (TFR):**   04/13/2019   **Current Projected Date Of Final Report (TFR):**

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-17805 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BROWN, TANYA T | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2465 | Checking Acct #: | ******0501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/12/2017 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/19/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/18/2018 | | US Treasury | 2017 Federal Income Tax Refund | * | $3,821.00 | | $3,821.00 |
| | {12} | | Estate Portion - 2017 Federal Income Tax Refund  $1,719.45 | 1224-000 | | | $3,821.00 |
| | {12} | | Debtor's Pro-Rated Portion - 2017 Federal Income Tax Refund  $2,101.55 | 1280-002 | | | $3,821.00 |
| 04/18/2018 | 3001 | TANYA BROWN | Debtor's Pro-Rated Portion - 2017 Federal Income Tax Refund | 8500-002 | | $2,101.55 | $1,719.45 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $2.14 | $1,717.31 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $2.77 | $1,714.54 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $2.76 | $1,711.78 |
| 09/18/2018 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $429.86 | $1,281.92 |
| 09/18/2018 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $22.17 | $1,259.75 |
| 09/18/2018 | 3004 | U.S. Department of Education | Claim #: 1; Amount Claimed: $44,067.74; Distribution Dividend: 2.54%; | 7100-000 | | $1,118.26 | $141.49 |
| 09/18/2018 | 3005 | AmeriCash Loans, L.L.C. | Claim #: 2; Amount Claimed: $1,537.66; Distribution Dividend: 2.54%; | 7100-000 | | $39.02 | $102.47 |
| 09/18/2018 | 3006 | Stoneberry | Claim #: 3; Amount Claimed: $235.52; Distribution Dividend: 2.54%; | 7100-000 | | $5.98 | $96.49 |
| 09/18/2018 | 3007 | Montgomery Ward | Claim #: 4; Amount Claimed: $330.80; Distribution Dividend: 2.54%; | 7100-000 | | $8.39 | $88.10 |
| 09/18/2018 | 3008 | Clerk, US Bankruptcy Court | Small Dividends | * | | $4.62 | $83.48 |
| | | | Claim Amount  $(4.62) | 7100-001 | | | $83.48 |
| 09/18/2018 | 3009 | Portfolio Recovery Associates, LLC | Claim #: 6; Amount Claimed: $680.03; Distribution Dividend: 2.54%; | 7100-900 | | $17.26 | $66.22 |
| 09/18/2018 | 3010 | Portfolio Recovery Associates, LLC | Claim #: 7; Amount Claimed: $605.99; Distribution Dividend: 2.54%; | 7100-900 | | $15.38 | $50.84 |
| 09/18/2018 | 3011 | Midland Funding, LLC | Claim #: 8; Amount Claimed: $823.04; Distribution Dividend: 2.54%; | 7100-900 | | $20.89 | $29.95 |
| 09/18/2018 | 3012 | Midland Funding, LLC | Claim #: 9; Amount Claimed: $1,180.32; Distribution Dividend: 2.54%; | 7100-900 | | $29.95 | $0.00 |
| | | | SUBTOTALS | | $3,821.00 | $3,821.00 | |

Case 17-17805  Doc 44  Filed 12/07/18  Entered 12/07/18 14:40:04  Desc Main
Document      Page 7 of 8

Page No: 2    Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 17-17805 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BROWN, TANYA T | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2465 | Checking Acct #: | ******0501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/12/2017 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/19/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $3,821.00 | $3,821.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $3,821.00 | $3,821.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $3,821.00 | $3,821.00 | |

**For the period of 6/12/2017 to 11/19/2018**

| | |
|---|---|
| Total Compensable Receipts: | $1,719.45 |
| Total Non-Compensable Receipts: | $2,101.55 |
| Total Comp/Non Comp Receipts: | $3,821.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,719.45 |
| Total Non-Compensable Disbursements: | $2,101.55 |
| Total Comp/Non Comp Disbursements: | $3,821.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/18/2018 to 11/19/2018**

| | |
|---|---|
| Total Compensable Receipts: | $1,719.45 |
| Total Non-Compensable Receipts: | $2,101.55 |
| Total Comp/Non Comp Receipts: | $3,821.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,719.45 |
| Total Non-Compensable Disbursements: | $2,101.55 |
| Total Comp/Non Comp Disbursements: | $3,821.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 3     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | |
|---|---|---|---|---|
| Case No. | 17-17805 | Trustee Name: | David Leibowitz | |
| Case Name: | BROWN, TANYA T | Bank Name: | Green Bank | |
| Primary Taxpayer ID #: | **-***2465 | Checking Acct #: | ******0501 | |
| Co-Debtor Taxpayer ID #: | | Account Title: | | |
| For Period Beginning: | 6/12/2017 | Blanket bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 11/19/2018 | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $3,821.00 | $3,821.00 | $0.00 |

| **For the period of 6/12/2017 to 11/19/2018** | | **For the entire history of the case between 06/12/2017 to 11/19/2018** | |
|---|---|---|---|
| Total Compensable Receipts: | $1,719.45 | Total Compensable Receipts: | $1,719.45 |
| Total Non-Compensable Receipts: | $2,101.55 | Total Non-Compensable Receipts: | $2,101.55 |
| Total Comp/Non Comp Receipts: | $3,821.00 | Total Comp/Non Comp Receipts: | $3,821.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,719.45 | Total Compensable Disbursements: | $1,719.45 |
| Total Non-Compensable Disbursements: | $2,101.55 | Total Non-Compensable Disbursements: | $2,101.55 |
| Total Comp/Non Comp Disbursements: | $3,821.00 | Total Comp/Non Comp Disbursements: | $3,821.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ